IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LEO MERRIWEATHER, JR., )
)
      Petitioner, )
)
v. ) CIVIL ACTION NO. 97-S-360-S
)
WARDEN JAMES DELOACH and )
THE ATTORNEY GENERAL FOR )
THE STATE OF ALABAMA, )
)
      Respondents. )

FILED
00 SEP 26 PM 12:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 26 2000

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Second Report and Recommendation and the petitioner's objections and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

DONE, this 26th day of September, 2000.

UNITED STATES DISTRICT JUDGE

